IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

?007 OCT 10  P!! 2:27

)
)
)
Robert O. Watson Sr,
           Plaintiff
)
)
)         CASE NO. **1:07CV3109**
)
)
           -vs-
)         JUDGE __**JUDGE ADAMS**__
)
David Brown, ESQ
)
Jerome Emoff, ESQ
)         COMPLAINT
           Defendant(s)
)
)
)

Mr. Robert O. Watson, Plaintiff, pro-se
   P.O. Box 5600
Cleveland, Ohio 44101

Mr. Jerome Emoff, defendant
   55 Public Square #950
Cleveland Ohio 44113

Mr. David Brown, defendant
   1940 E. 6th street 8th Fl.
Cleveland, Ohio 44114

This is a 42 U.S.C., section 1983 - Civil Rights suit; 42 U.S.C
Section 2000e - TITLE VII - Discrimination, amongst other civil
violations.

(1.) Attorney Jerome Emoff, proffessional henchman, was app-
ointed to plaintiff on 12/29/06 by Judge Timothy McCormick,
a close, personal and perfered Legal assasin.

(2.) From the first day I (plaintiff) met Mr. Emoff it was
clear that defendant Emoff was a "crony" of Judge McCormie
by the high praise that Emoff bestowed upon him. However, I

'ont: 2

I felt that I had to take my chances and put all of my trust in Mr. Emoff. There was an African-American attorney appointed to plaintiff, prior to Mr. Emoff, but for some strange reason, the African-American, a Mr. R. Tyle, was removed from representing the plaintiff, no reason was given.

(3.) On or about 11/15/06 plaintiff filed a motion to disqualify counsel Mr. Michael Cheselka for similar reasons to that of Mr. Emoff.

(4.) Plaintiff had also filed a motion to withdraw guilty plea on the date 11/15/06. Mr. Emoff relentlessly endeavored to convince plaintiff not to pursue, or continue with the much desired withdrawal motion.

(5.) Plaintiff insisted adamantly that the plea withdrawal was absolutely a must.

(6.) Mr. Emoff proceeded to appear quite friendly and trustworthy towards plaintiff, yet maintained a reticent sort of attitude when asked legal questions.

(7.) Mr. Emoff refused to file for discovery and or Bill of particulars in order to prepare for trial. This is due to Mr. Emoff and his accomplices being falsely convinced that plaintiff would more likely not pursue the plea withdrawal, and if plaintiff were

CONT:3

to do so, and chose not to pursue the plea withdrawal, that plaintiff would surely not prevail, due to pre-determined unethical (unethical) plot concocted by the white judge, (McCormick) the white prosecutor (Deckert) the plaintiff's white attorney (Emoff) and his accomplice, the plaintiff's co-defendant's white attorney (Brown). Each of these individuals have shown ~~themself~~ themselves to be racist and prejudice towards plaintiff in that, plaintiff learned via plaintiff's co-defendant (a white female, Ms. Roupe) that her attorney, along with plaintiff's attorney, that the legal strategy would be to have plaintiff's co-defendant to testify against plaintiff. This particular route would be a coup or "Masterstroke" for the State.

(8.) Plaintiff's attorney (Emoff) came to the sad conclusion that plaintiff was in fact going to trial. Mr. Emoff, with more than (15) years of legal experience, arranged for a "Sham" Suppression hearing, equipped with only the testimony of plaintiff's co-defendant, up against the testimony of a Sergeant with the 1st District police department!

(9.) Plaintiff was provided with narcotics via Mr. Emoff, as a means to calm plaintiff's anxiety, and plaintiff ~~coll~~ collapsed during voir dire.

(10.) Plaintiff did not realize all of the deceptive, manipulating, "chicanery" going on until approximately a week later, when plaintiff asked to represent himself and only then, did the plaintiff exhumed very liberating evidence.

'ont. 4

11.) This liberating Evidence has displayed ~~clearly~~ (clearly), that Mr. Emoff, Nor Mr. Brown fought zealously in the court of law for their destitute clients. That neither attorney held the interests of their clients at heart, and that neither of the two attorneys cared about constitutional rights and due process of Law!

12.) Simply putting the two unarmed defendants on the stand, their defenseless clients, opposing a "Sergeant" of a police department undescores the absurdity of their decisions! Utter lunacy!

13.) The two defendants were like blind sheep being led to a slaughter house, or like two mentally challenged people bringing Knives to a gun battle!

14.) The plaintiff was clearly misrepresented, duped into beliving that Mr. Emoff was acting as a professional of examplary standards and that Mr. Emoff had had the plaintiff's best Legal interest at heart, when in fact, with prior calculation and design, Mr. Emoff held preconceived insidious deeds in mind, i.e., using scare tactics such as "the Judge is very upset because I (Plaintiff) did not accept the original plea and the Judge has promised that he'll (McCormick) come down "Hard" on plaintiff!"

15.) If there is ONE thing that I have learned from

cont.5

(16) my current LEGAL situation — that would be that, EVERY American citizen must respect the Constitution of our United States! And that No man can be punished for exercising his/her guaranteed Constitutional rights! Furthermore, any and all Courts of law must first respect the laws put in place by their forefathers, in order for any and all Courts of law to respect the rights guaranteed to All Americans!

With that said, in conclusion, due to the unethical, unprofessional, discriminatory practices as well as illegal behavior of attorneys Mr. Jerome Emoff and David Brown, who have gravely attributed to plaintiff's profound mental and emotional anguish, suffering and diminished belief in our Legal professionals, and for these two attorneys causing our legal system to be viewed as a "Sham", plaintiff respectfully ask that Each attorney should compensate the plaintiff with monetary damages of, $100,000.00 (One hundred thousand dollars) for pain and suffering, $50,000.00 punitive.

Respectfully,
Robert O. Watson
Robert O. Watson
Robert O. Watson
P.O. Box 5600
Cleveland, Ohio 44101
9/5/07